**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| CRAIG SAUNDERS, | : | No. 34 EAP 2016 |
| | : | |
| Appellant | : | Appeal from the order of the |
| | : | Commonwealth Court at No. 524 M.D. |
| | : | 2015, dated June 30, 2016. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| STATE CORRECTIONAL INSTITUTION | : | |
| AT ROCKVIEW, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**

   **AND NOW,** this 26th day of April, 2017, the Order of the Commonwealth Court is

**AFFIRMED**.